464 A.2d 517

Commonwealth v. Dobe, Appellant.

Petition for Allowance of Appeal
Denied Dec. 14, 1983.

Submitted May 11, 1983. Dale William Miller, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

464 A.2d 517

Commonwealth v. Edrington, Appellant.

Submitted March 16, 1983. Basil G. Russin, Chief Public Defender, for appellant; Robert J. Gillespie, Jr., District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.